1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ANDREW P. CAPUTO (CABN 203655)
   Assistant United States Attorney
5      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
6      Telephone:  (415) 436-7200
       Fax: (415) 436-7234
7      E-Mail: andrew.caputo@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,         )   No. CR 08-0890 MMC
14                                   )
         Plaintiff,                  )   STIPULATION REQUESTING
15                                   )   PROTECTIVE ORDER, AND
         v.                          )   [PROPOSED] ORDER
16                                   )
   BYRON PRATT and JAY KENT,         )
17                                   )
         Defendants.                 )
18 _____)

19
         The parties respectfully stipulate as follows:
20
         1.     The United States expects to call as a witness at trial Deneal Bobo, the undercover
21
   FBI source who conducted the narcotics purchases charged against defendants in the indictment.
22
         2.     Mr. Bobo has a criminal record.  The United States would like to provide Mr.
23
   Bobo's criminal "rap sheet" to defendants in advance of trial.  The parties agree that it is
24
   appropriate to restrict disclosure of the rap sheet solely to defendants, defendants' counsel, and
25
   any other member of defendants' trial teams, including the investigative firm or any expert
26
   witnesses assisting in the preparation of the defense, in the above-captioned matter and solely for
27
   use in preparing for and conducting the trial of the above-captioned matter.  The parties agree
28

1  that the persons described in the previous sentence should be barred from distributing Mr.
2  Bobo's rap sheet to any other person or entity.  Such persons are also barred from using it for any
3  purpose other than trial in the above-captioned matter.
4          3.      Mr. Bobo has a pending criminal case in this district, <u>United States v. Deneal</u>
5  <u>Bobo</u>, No. CR 08-0618 WHA.  The United States represents that Mr. Bobo has entered into a
6  plea agreement with the United States in that pending criminal case and would like to provide a
7  copy of that plea agreement to defendants in advance of trial in the instant case.  That plea
8  agreement is under seal.  Judge Alsup has recently authorized disclosure of Mr. Bobo's plea
9  agreement to defendants in the instant matter, pursuant to an appropriate protective order.  The
10 parties believe that it is appropriate to restrict the disclosure of Mr. Bobo's plea agreement under
11 the same terms as described above concerning the rap sheet – that is, that disclosure of the plea
12 agreement shall be limited to defendants, defendants' counsel, and any other members of
13 defendants' trial teams including any investigators and/or expert witnesses, and that these
14 individuals may use this plea agreement solely for purposes of preparing for and conducting the
15 trial in the above captioned matter.
16         4.      The parties respectfully ask the Court to enter a protective order consistent with
17 this stipulation.  A proposed order is set out below.
18         IT IS SO STIPULATED.
19
20 DATED: July 22, 2009                    _____/s/_____
                                           ELLEN LEONIDA
21                                         Attorney for Defendant Byron Pratt
22
23 DATED: July 22, 2009                    _____/s/_____
                                           DANIEL BLANK
24                                         Attorney for Defendant Jay Kent
25
26 DATED: July 22, 2009                    _____/s/_____
                                           ANDREW P. CAPUTO
27                                         Assistant United States Attorney
28

PROTECTIVE ORDER STIP. & [PROP.] ORDER
CR 08-0890 MHP

**[PROPOSED] ORDER**

Upon consideration of the parties' stipulated request for a protective order, the Court hereby enters the following order:

The United States shall disclose forthwith to defendants' counsel the criminal "rap sheet" for Deneal Bobo.  Disclosure of the rap sheet shall be restricted to defendants, defendants' counsel, and any other members of defendants' trial teams in the above-captioned matter.  These specified individuals may use the rap sheet solely for purposes of trial in the above-captioned matter and are barred from disclosing it to any other person or using it for any other purpose.

The United States also shall disclose forthwith to defendants' counsel in the instant case the plea agreement entered into by Mr. Bobo in <u>United States v. Deneal Bobo</u>, No CR 08-0618 WHA.  Disclosure of the plea agreement shall be restricted to defendants, defendants' counsel, and any other members of defendants' trial teams in the above-captioned matter.  These specified individuals may use the plea agreement solely for purposes of trial in the above-captioned matter and are barred from disclosing it to any other person or using it for any other purpose.

IT IS SO ORDERED.

DATED: July 24, 2009

MAXINE M. CHESNEY
United States District Judge

PROTECTIVE ORDER STIP. & [PROP.] ORDER
CR 08-0890 MHP